THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
*Attorneys for Plaintiff*
9600 S. Dixie Hwy
Suite 1311
Miami, Florida 33156
Telephone: (305) 916-1122
CA Bar No. 310526
Email:  Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Plaintiff, Carl Watts**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL WATTS,** an individual<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL PICTURES**, a Delaware limited liability company; **BLUMHOUSE PRODUCTIONS,** a Delaware limited liability company; **JAMES WAN**, an individual; **AKELA COOPER**, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR:**<br><br>**COPYRIGHT INFRINGEMENT (FILM)**<br><br>**DEMAND FOR JURY TRIAL** |

1

**COMPLAINT**

**PARTIES**

1.      At all times relevant herein, Plaintiff CARL WATTS ("Plaintiff" or "Mr. Watts") was and is an individual residing in Los Angeles, California, and the sole creator of a wholly original film entitled "*Paranormal Adoption*" (the "Film").

2.      Defendant Universal Pictures ("Universal") is, and at all times relevant herein was a Delaware limited liability company with its primary place of business in Los Angeles, California.

3.      Defendant Blumhouse Productions ("Blumhouse") is, and at all times relevant herein was a Delaware limited liability company with its primary place of business in Los Angeles, California.

4.      At all times herein relevant, Defendant James Wan ("Defendant Wan" or "Mr. Wan") was and is an individual residing in Los Angeles, California.

5.      At all times herein relevant, Defendant Akela Cooper ("Defendant Cooper" or "Ms. Cooper") was and is an individual residing in Los Angeles, California.

**JURISDICTION AND VENUE**

6.      This action arises under the Copyright Laws of the United States (Title 17 U.S.C. §101 et seq.) and the common law of the State of California.

7.      This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 in that this action involves claims arising under an Act of Congress, the United

States Copyright Act, or the Act. To the extent that this action is based on related state claims, the Court has supplemental jurisdiction thereto under 28 U.S.C §1367.

8.     The full extent of the facts linking the fictitiously designated Defendants with the cause(s) of actions herein is unknown to the Plaintiff.  Further the true names and capacities, whether individual, corporate, associate, plural or partnership, or otherwise, of Defendants, DOES 1 through 10, inclusive, are unknown to the Plaintiff.  The Plaintiff therefore sues Defendants by such fictitious names.  The Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants designated herein as a DOE is negligently, wantonly, recklessly, tortuously, intentionally and/or unlawfully responsible in some manner for the events and happenings hereinafter referred to, and negligently, wantonly, recklessly, tortuously, intentionally and/or unlawfully, proximately caused injuries and damages to the Plaintiff, as hereinafter alleged.  The Plaintiff will ask leave of this Court to amend this Complaint to show said Defendants' names and capacities once the same have been ascertained.

9.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400 in that Defendants transact business in the county of Los Angeles, California, and a substantial part of the events giving rise to these claims occurred in Los Angeles County, California.

## FACTUAL STATEMENT

### A.     Carl Watts Writes His Screenplay and Pitches It to Summit Entertainment/Lionsgate

10.     Plaintiff repeats, alleges and incorporates, by reference, paragraphs 1–9 as though fully set forth herein

**COMPLAINT**

11.     Mr. Watts started his working life as an airline pilot after completing his bachelor's degree in business administration from the University of Illinois. During his interview process, Mr. Watts was put through physical, psychological, and aptitude testing along with all other applicants. While his creativity score would likely make it seem like Mr. Watts would be bored on the job, the rest of the results impressed the chief pilot enough to land him the position in which he stayed for thirty-six (36) years. His impressive flight history allowed Mr. Watts to gain high security clearance and allowed him to fly his favorite types of trips, military charters.

12.     Mr. Watts used his time off to pursue other avenues to satisfy his creative needs. He studied writing, acting, filmmaking, and standup comedy. He took these passions and combined them. He started his filmmaking journey creating comedy videos, and over time, that evolved into making feature films.

13.     Mr. Watts completed writing the screenplay entitled Paranormal Adoption in 2010 (the "Screenplay"). The story centers around a young girl who, after the devastating loss of both of her parents in a tragic accident, finds solace and comfort in a beloved doll. This seemingly innocent toy becomes the focal point of the young girl's grief and emotional support. However, as the narrative unfolds, the doll's presence takes on a sinister tone. Anyone who attempts to separate the girl from her doll meets a gruesome and untimely demise. The girl's guardians grow wary of the girl's connection with the doll and attempt to intervene, but the doll strikes back.

14. The story intertwines the elements of a psychological thriller with the supernatural horror genre. Paranormal Adoption explores the themes of loss, attachment, and the dark corners of the human psyche, creating a haunting story. At the end of both the Screenplay and the subsequent Film produced by the plaintiff's screenplay (collectively the "IP"), the audience is left wondering if the doll's reign of terror is over, or has it just begun.

15. The Screenplay was registered with the US Copyright Office on April 30, 2025. Attached hereto as **Exhibit A** is a true and correct copy of the registration for the Screenplay.

16. With the primary objective of attracting the interest of a major studio or production company, Mr. Watts uploaded his Screenplay to InkTip.com in December of 2010.

17. InkTip.com is a platform designed to facilitate exposure for writers seeking consideration from industry professionals.

18. In or about 2010, the Screenplay was downloaded once from InkTip.com, and its synopsis was viewed by two other production companies. InkTip.com also pitched the title to numerous producers in the company's newsletter.

19. Determined to find a home for the Screenplay, Mr. Watts subsequently submitted it to Joshua Cozine, Manager of Business Affairs at Summit Entertainment ("Summit"), on or around June 3, 2011. Attached hereto as **Exhibit B** is a true and correct copy of the

Screenplay that was submitted to Summit Entertainment. A true and accurate copy of the submission letter is attached hereto as **Exhibit C**.

20.     On or about June 16, 2011, Mr. Cozine responded and informed Mr. Watts that Summit was considering the Screenplay. A true and accurate copy of the email is attached hereto as **Exhibit D**.

21.     The Screenplay was never actually rejected by Summit Entertainment. Instead, Summit was acquired by Lionsgate in January 2012. In or about March 19, 2012, Mr. Cozine emailed Mr. Watts about the project. A true and correct copy of said email is attached as **Exhibit E**. This email reflects that Mr. Cozine was employed by Lionsgate in or about January 2012, and even though Mr. Cozine recommended resubmitting the project to Lionsgate, upon information and belief, Summit was required to and did convey all open and existing projects, including projects being considered such as the Screenplay, to Lionsgate, at that time.

22.     There is a chain of events whereby there is a "reasonable possibility" that the credited writers of M3GAN, namely Mr. Wan and Ms. Cooper, had access to the Screenplay, including but not limited to the following:

    a.  Mr. Cozine attended the University of Southern California from 2004 to 2006 to earn his Master of Arts Degree in Film/Video/Cinema Studies. Notably, Akela Cooper, one of the credited writers of *M3GAN*, also attended the same program during the same time.

b. It is upon reasonable information and belief that Mr. Cozine and Ms. Cooper stayed in touch between 2006-2012, as friends and/or business associates after graduating University of Southern California ("USC") together in this relatively small, elite class of future movers and shakers in the entertainment industry.

c. Upon information and belief, Mr. Cozine and Ms. Cooper both went on to work for Summit Entertainment and subsequently Lionsgate after graduating USC. In addition to the foregoing, James Wan, worked closely with Lionsgate on multiple projects both before and after the Screenplay was submitted to Summit Entertainment/Lionsgate in June 2011, including the following movies: (i) *Saw* (2004), (ii) *Saw II* (2005), (iii) *Saw III* (2006), (iv) *Saw IV* (2007), (v) *Saw V* (2008), (vi) *Saw VI* (2009), (vii) *Saw 3D* (2010), (viii) *Spiral: From the Book of Saw* (2021), and (ix) *Saw X* (2023).

d. Finally, Mr. Wan and Ms. Cooper worked together on multiple projects, including, *Malignant*, which began development in July 2019 prior to the date that *M3GAN* commenced principal photography in August 2021.

**B. Mr. Watts Decides to Produce the Film and Release It Himself**

23. When the Screenplay was not purchased or optioned by Summit Entertainment or Lionsgate, Mr. Watts decided to finance and produce the Film and a trailer for the film himself (the "Trailer").

**COMPLAINT**

24.     In or about July 5th, 2011, the Plaintiff cast and shot a film based upon the screenplay ("the Film") in Los Angeles, California, over the course of at least 21 days of principal photography. The Film features Piper Watts, Marina Lyon, and William Morse. It is approximately one hour and twenty minutes in length.

25.     The Film was registered with the US Copyright Office on January 20, 2023. Attached hereto as **Exhibit F** is a true and correct copy of the registration for the Film. The date of first publication for the Film is listed as July 1, 2012 on the certificate of registration.

26.     On July 3, 2012, Mr. Watts released the Film on iTunes, where it remained available for purchase until April 7, 2020. On the same day of the Film's release on iTunes, Mr. Watts posted the trailer on YouTube to drive viewers to iTunes to watch the entire Film.

27.     The succinct minute-long trailer distills the essence of the movie's themes and plot and features all the actors who are featured in the full-length Film. Before the commencement of principal photography of the Infringing Film, the Film's trailer amassed 107,571 views. It is likely that people who viewed the Trailer make up all or practically all of the people who viewed the Film. Upon reasonable belief that it is likely that the people who viewed the Film, including the defendants herein, viewed the trailer for the Film first, where the trailer piqued their interest in watching the Film. In fact, Defendant Wan has touted himself as "a bit of a creepy doll aficionado**.**" In particular, Defendant Wan, who claims to be an "aficionado of creepy doll movies," would be reasonably likely to be one

of the 107,571 people who watched the trailer and the approximately 5,000 people who watched the Film. The trailer and the Film were widely disseminated to the same audience that Mr. Wan claims to be a part of, namely fans of this genre. A true and accurate copy of an article by *SlashFilm.com* entitled "James Wan, A Man Of Good Taste, Thinks Of Himself As 'A Bit Of A Creepy Doll Aficionado'" is attached here as **Exhibit G.**

28.    On April 7, 2020, the Film was removed from iTunes and made available for free on YouTube where it reached a broader audience. A link to the Film is attached hereto: https://www.youtube.com/watch?v=6vUcwEv1u-s.

29.    From April 7, 2020, until the commencement of principal photography for *M3GAN* (the "Infringing Film") in August 2021, the Film accumulated 4,558 views on *YouTube.com* and more on iTunes.

30.    Moreover, as aforementioned, the Trailer for the Film garnered an impressive 107,571 views between July 3, 2012, and the commencement of principal photography for *M3GAN*.

31.    In total, the Film and the trailer for the Film have garnered over 200,000 views. A true and accurate copy of the *YouTube.com* video analytics page for the Film is attached hereto as **Exhibit H**.

32.    Since September 2023, when searching for horror doll films on YouTube, especially those produced by Jason Blum and James Wan, YouTube's algorithm recommends similar films, including *Paranormal Adoption* and its trailer. A true and

accurate copy of a search on *YouTube.com* for "Paranormal doll films," "paranormal activity films" and "scary doll films" is attached hereto as **Exhibit I**.

33.     The YouTube algorithm catapulted views for the film following the release of *M3GAN* trailers and the Infringing Film in 2023. Notably, no other film had triggered such a spike in views, not even the 2019 release of *Annabelle Comes Home* written by Mr. Wan, another film that features a supernatural doll.

**C. The Infringing Film Bears an Uncanny Resemblance to Paranormal Adoption**

34.     *M3GAN* was released in theaters on January 6, 2023. It is a horror film produced by Universal, allegedly based on a story written by Akela Cooper and James Wan, directed by Gerard Johnstone, produced by Blumhouse Productions and Atomic Monster Productions, and distributed by Universal Pictures.

35.     The Infringing Film features Allison Williams, Violet McGraw, Ronny Chieng, and Amie Donald. The Infringing Film centers around a life-like, A.I.-powered doll named M3GAN, who is designed to be the perfect companion for children.

36.     As the narrative unfolds, just as in *Paranormal Adoption*, the doll, M3GAN, develops increasingly hostile behavior towards anyone perceived as a threat to her human companion, a young girl. When the girl's guardian discovers M3GAN's dangerous tendencies, M3GAN attacks her. The Infringing Film ends with a scene suggesting that her violent rampage is likely to continue in the sequel.

37.     The Infringing Film bears a striking resemblance to Plaintiff's Screenplay and Film. The similarities are evident to the average viewer, with both *Paranormal Adoption*

and *M3GAN* containing a central plot revolving around a young girl and her overly protective killer doll. The characters, tone, and pacing of *M3GAN* copy those of *Paranormal Adoption*.

38.    Professor David Román, a tenured Professor in Comparative Literature at the University of Southern California, prepared an in depth analysis and comparison of the works at issue. His report is attached hereto as **Exhibit J**. A copy of Professor Román's CV is attached hereto as **Exhibit K**. Professor Román's opinion has been accepted on the issue of substantial similarity of literary works by multiple Courts in the Central District of California.

**39.**    In his initial expert report, Professor Román concluded that "[t]he architecture of both films…remains almost identical" and that "*M3GAN* seems to be copied from *Paranormal Adoption* in character, plot & structure, sequence of events, themes and even mood and tone."

40.    *M3GAN* has enjoyed remarkable success, grossing over $181 million worldwide. *M3GAN*'s chilling narrative has resonated with audiences and critics alike. It won Best Horror at the 6th Hollywood Critics Association Midseason Film Awards and has been nominated for and won several other prestigious awards from various organizations. *M3GAN*'s success has paved the way for a highly anticipated sequel, *M3GAN 2.0*, set to be released in June 2025.

**D.    Substantial Similarities Between the Film and the Infringing Film**

41.    There are numerous similarities in genre, plot, sequence of events, pace, character traits, scenes, tone, and settings.

42.    Both works are labeled paranormal, horror doll movies, sharing the same genre.

**43.    <u>Plot</u>**

    a.    Both narratives begin by following a young girl of approximately nine-years-old ("the girl") who is orphaned after losing both of her parents in a tragic accident. This leads to her being raised by new guardian(s).

    b.    As a coping mechanism, the girl forms a deep emotional attachment to an unusual and unconventional doll. The doll is gradually integrated into the family unit, as it accompanies the family while they interact with each other.

    c.    In both films, the girl is told by her guardian that she cannot bring the doll with her everywhere, requiring that the doll be set aside momentarily, against the girl's wishes.

    d.    The girl sees the doll as a real person, not a doll, and prefers its company to that of her guardian(s).

    e.    When the guardian tries to reinforce the idea to the girl that the doll is not a real person, the girl refuses to believe it and defends the doll.

    f.    The doll and the girls' will can be influential on each other. This can be seen when the technology within the house is being controlled in *Paranormal Adoption* and when the lights flicker inside the house in *M3gan*.

g. The doll, acting as the girl's "protector," is aggressive and violent against those who interfere with the doll's relationship with the girl, a core plot line plainly present in both *Paranormal Adoption* and *M3GAN*.

h. Initially, the guardian supports the idea of the doll as a constant companion for the girl, explaining to those skeptical of the doll that it provides comfort to the girl. Later, the guardian realizes the doll is a bad influence and wants to separate the doll from the girl.

i. At the girl's new school, a boy torments her about the doll, and then is subsequently tricked into getting hit by a car. There are no other witnesses to the car accident besides the bully and the girl. This event marks one of the significant turning points in both works, showcasing the increasing aggressiveness and willingness to go to any extent, even murder, to protect the relationship between the doll and the girl.

j. In both works, when someone tries to harm the doll, that causes them to be harmed instead.

k. In both works, the same police officer responds to two of the crime scenes. During the second investigation, a detective informs the girl's family that he is suspicious of the family's proximity to two murders in a short time span. The detective implies that he is specifically wary of the guardian(s). This warning is given in both *Paranormal Adoption* and *M3GAN*.

13
**COMPLAINT**

l.  After the guardian tries to separate the girl from her doll, the girl subsequently hurts the guardian.

m. The climax of both films involves the guardian(s) attempting to sever the connection between the girl and the doll.

n.  However, the violence cannot be controlled in both *Paranormal Adoption* and *M3GAN*, making those around the girl and the doll grow fearful.

o.  Ultimately, *Paranormal Adoption* and *M3GAN* conclude with the doll killing several people, launching an assault on the family, and leaving a trail of chaos and destruction in its wake.

p.  At the end of both films, the audience is aware that these events are likely to be repeated.

44.  **Sequence of Events and Pace**

a.  In addition to the foregoing (which includes substantial overlap in this category as well):

b.  The Film and *M3GAN* share a similar sequence of events and pace.

c.  Both films begin with a prologue that establishes that there is death, and that leads to a girl being raised by guardian(s).

d.  In both works, the audience is given background on what the guardian(s) are doing before they become guardians to the girl.

e.  The guardian(s) did not anticipate that they would be adopting a daughter at the beginning of the film, but do so because of surrounding circumstances, such as the guardian(s) losing their family and the daughter losing her parents.

f.  Then, both films introduce a doll that provides support and companionship to the girl after the loss of her parents.

g.  Subsequently, both films portray the doll as being protective of the girl, whereby the doll eliminates emotional threats to the girl.

h.  The doll's first serious violent encounter in both films occurs when the doll kills the school bully, via the same method, i.e. a car accident.

i.  The police question the family due to suspicious surrounding activity.

j.  During the second half of both films, the guardian of the girl grows concerned that the doll is dangerous and attempts to stop its actions by separating the girl from the doll.

k.  Thereafter, the doll retaliates against the guardian, and it becomes clearer that the guardian will not be able to stop the doll as it is more powerful than the guardian initially perceived.

l.  Both works conclude on a cliffhanger, indicating the situation has the potential to continue to happen.

45.  **Characters**

a.  The girl is a recently orphaned, nine-year-old, coping with grief, who forms a strong bond with her doll.

b.  The girl in both works places the feelings of the doll before those of her adopted guardian(s).

c.  The girl believes the doll is real in both works.

d.  The girl does not have many friends and is relatively isolated.

e.  The female guardian is young, inexperienced, and initially unsure how to care for the girl.

f.  The female guardian ignores the girl and can be selfish.

g.  The guardian is anxious about caring for the girl and is thus initially comfortable with and supportive of the doll's presence, as it lessens some of the parenting responsibility and the need to comfort the girl.

h.  The female guardians in both works look similar: both are attractive, in their late 30s, with long brunette hair, a slender athletic body type, and strong facial features.

i.  Both films portray the guardian as distracted from parenting at times.

j.  The doll's primary objective is to protect the girl.

k.  The doll protects the girl in cunning and manipulative ways, often leading others to be harmed, injured, or killed horrifically.

l.  The doll has the ability to speak, to mimic other people's voices, and to interact with its environment.

m. The doll possesses an unsettling appearance, characterized by its large, eerie eyes.

16

**COMPLAINT**

n.  The doll can move its eyes and mouth.

o.  Both films have a school-bully character that antagonizes the girl and the doll, and is subsequently killed.

p.  Both films have police officers who investigate the crimes.

46.  **Identical Scenes**

a.  In both films, there is a scene in which the doll is seated at the dinner table with the young girl and her family. The scene highlights the doll's integration into the family's lives.

b.  In both films, there is a scene in which the doll is seated next to the young girl in the back seat of the car. The girl and the doll interact closely, and the scene hints at the doll's increasing influence over the girl and potential overstepping of boundaries in her protective role. A true and accurate copy of a side-by-side image of this is attached hereto as **Exhibit L.**

c.  In both films, there is a scene in which a mechanical saw is used on the doll while the doll is lying down.

47.  **Tone**

a.  Grief and mourning the loss of family are initial tones present in both films.

b.  Both works use suspense to carry the plots.

c.  Shock is used in both films to emphasize the paranormal and horror aspects of the film.

d.  There are moments of lightness and comedy in both films, as well.

**48.**    <u>Settings</u>

    a.  Both films utilize the home of the adopted guardian(s) as a primary location. The home is a modest, single-family home in a suburban town.

    b.  There are also scenes in both films in a school setting.

49.    The foregoing goes beyond the copying of ideas and constitutes the copying of expression, specifically the copying of the selection and arrangement of protectable and unprotectable elements in the Plaintiff's work.

## CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

50.    Plaintiff repeats, alleges and incorporates by reference paragraphs 1–49 as though fully set forth herein.

51.    Plaintiff is the owner of all copyright rights in and to the original creative work, *Paranormal Adoption*, in all its advancing, original, unique, and protected permutations, and has never assigned, licensed, or otherwise transferred its copyright protection to any of the Defendants, nor to any third party. True and accurate copies of the copyright certificates of registration for the Film and the Screenplay are attached hereto as **Exhibits A** and **F.**

52.    In January 2023, Universal distributed *M3GAN* to the public, crediting Defendants Cooper and Wan with story by credits and Defendant Cooper with screenplay by credit.

53.     As alleged hereinabove, the named Defendants have infringed upon Plaintiff's copyright by copying wholly original elements from Plaintiff's Screenplay and/or Film *Paranormal Adoption*, without permission, in *M3GAN*.

54.     Plaintiff is informed, believes, and thereon alleges that the named Defendants intentionally broadcast, distributed, published, sold, conveyed, and otherwise exploited *M3GAN* without authorization, in violation of Plaintiff's rights.

55.     Plaintiff is informed, believes, and thereon alleges that the named Defendants have intentionally violated the Federal Copyright Act, Title 17 U.S.C. § 101 *et seq.*, entitling Plaintiff to all damages and remedies provided by the Act.

56.     Plaintiff is informed, believes, and thereon alleges that the named Defendants continue to infringe upon Plaintiff's copyrights, causing Plaintiff irreparable injury and damage. Said infringement entitles Plaintiff to actual and statutory damages, injunctive, and other relief provided by the Copyright Act.

## <u>PRAYER FOR RELIEF:</u>

1.     For a preliminary and permanent injunction enjoining Defendants from infringing the copyrights of Plaintiff in any manner;

2.     For actual damages and profits according to proof;

3.     That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringements of Plaintiff's copyright and to account for:

a. All gains, profits, and advantages derived by Defendants by his or her infringement of Plaintiff's copyright or such damages as the court shall deem proper within the provisions of the copyright statute, but no less than $5,000,000;

b. That Defendants deliver up to be impounded during the pendency of this action all copies of said infringing work as in its possession or under its control and deliver up for destruction all infringing copies and all plates, molds, or other matter used to make infringing copies;

4. For statutory damages, and costs with respect to *M3GAN,* any and all sequels, and any other derivative works;

5. For a full and proper accounting of any and all monies earned by the Defendants;

6. For costs of suit and interest; and,

7. For such relief as is just and proper.

## <u>DEMAND FOR A JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all questions of fact raised by this Complaint and on all other issues so triable.

Respectfully submitted,

Dated: January 6, 2026

**THE WILLIAMS LAW GROUP**

_____/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.

**COMPLAINT**

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**TXu 2-484-035**

**Effective Date of Registration:**
April 30, 2025

**Registration Decision Date:**
April 30, 2025

---

## Title

**Title of Work:** Paranormal Adoption

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** carl watts
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** carl watts
P O Box 4613, Thousand Oaks, CA, 91359

---

## Certification

**Name:** Carl Wats
**Date:** April 30, 2025

---

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT B

<u>PARANORMAL   ADOPTION</u>

Written by

Carl Watts

WGA # 1476705
Copyrighted material

ii.

P O Box 4613 Thousand Oaks, Ca. 91359

805-551-0404

INT. FUNERAL HOME

Steadicam enters from exterior thru main entrance down long
hallway as church music plays. Onlookers stare silently as
POV walks by.  POV ends up in a viewing room with a child
casket. Possibly an open casket. There is a short
conversation with the funeral director. We see a mosaic of
different views inside the funeral home and flashback shots
of the dead girl in the bottom of the swimming pool. Camera
is then positioned inside the main entrance and we see the
dead child's parents walk down the long hallway towards the
camera . Include other shots of parents embracing and
consoling each other in a park etc..

INT THOMAS HOME

Lynn , depressed, stares out a window into a rainy gray sky.
Camera slowly dollies around her in dead silence.

                                        FADE TO BLACK.


"ONE YEAR LATER"

INT BATHROOM NIGHT

                LYNN
        I can't wait ! I can't wait !

                RICH
        Now don't get too exited. You are
        only a few days late.

                LYNN
        I know , I know, but you don't
        understand. This time it's
        different . I've never been this
        late before.


Lynn places a few drops on the pregnancy test stick and the
results come back negative.

                LYNN (DISAPPOINTED) (CONT'D)
        Ohhh ... I don't think we're ever
        going to have another baby.

2.

                    RICH
        Honey, maybe we're trying too hard
        . This has been going on for years
        and it is just putting too much
        pressure on us.......... Maybe we
        should take a break and forget
        about all of the fertility drugs
        and just adopt a child like we
        talked about.

                    LYNN
        Or maybe we should just forget
        about it altogether.

                    RICH
        The adoption agency called me and
        wants to have another meeting with
        us.

                    LYNN
        Another meeting ? About what ? Do
        they have a baby for us or not ?

                    RICH
        I don't know . They didn't say.


                                        FADE OUT.

INT ADOPTION AGENCY

                    DR. CAMDEN
        We've gone through your application
        and checked on all of your
        references. Everything looks good.
        We see that you are requesting a
        newborn child.

                    LYNN
        Yes... Yes , that is correct.

                    MS. NELSON
        Well the waiting list for newborns
        is quite long and if I may say so
        .....
                    (MORE)

#### MS. NELSON (CONT'D)
The two of you are not getting any
younger. ..... Have  you ever
considered adopting and older child
?

                DR. CAMDEN
Your profile is more ideally suited
for an older child.

Rich and Lynn look at each other.

                LYNN
I,  ah... We really wanted a baby,
but ah , I guess we are open minded
.

                MS. NELSON
We do have a beautiful nine year
old girl who just came in. She lost
both of her parents in an accident
and has no other living family
members who would be suitable to
adopt her . She has been in and out
of several foster homes.

                RICH
Why so many homes ? Does she have
some kind of problem ?

                DR. CAMDEN
Mostly just circumstantial things.
I won't go into any detail as I
would not want to prejudice you
with irrelevant information. We
feel this child is more of a
candidate for adoption rather than
being a foster child.

                MS. NELSON
She does have some minor issues
which would  be expected at this
point.

                LYNN
Minor issues ? What do you mean ?

4.

                    MS.  NELSON

          Well, she has a unique doll . One
          that she carries with her at all
          times. We feel that this behavior
          is a type of coping mechanism that
          helps her deal with her past. This
          should go away as soon as she is
          placed in a loving home.....

                    LYNN
          What's her name ?

                    MS.  NELSON

          Lacy

                    RICH
          Can we meet her ?

                    DR.  CAMDEN
          Sure ,  Sharon, would you like to
          go and get her ?

                    MS.  NELSON
          Yes, of course.

Ms. Nelson departs .

                    DR.  CAMDEN
          We have a lot of children here that
          are in need of placement, but the
          whole time I was reviewing your
          file , this child kept popping into
          my head. Just like the two of you,
          Lacy has lost loved ones and this
          is part of the reason we feel that
          this could be a good match.

Ms. Nelson returns with Lacy.

                    MS.  NELSON
          Lacy, this is Mr. And Mrs. Thomas.

Lacy slowly walks up to Lynn who  kneels to be at Lacy's
level.

                    LYNN
            Oh my, You are a beautiful little
            girl.

                    LACY
            Thank you.........

Lacy shows Lynn her doll.

                    LACY (CONT'D)
            This is Miss Rachel.

Lynn's POV sees doll's face for the first time.

                    LYNN (BAFFLED  & A LITTLE SHOCKED)
            Oh... I'll bet she is special .

                    LACY
            We go everywhere together.

                    RICH ( BEGINS TO KNEEL)
            It must be fun to have a doll like
            that.

                    LACY
            Oh , she's not a doll. She is a
            real person.

                    RICH (UNCOMFORTABLE)
            Oh... Ah.... I see.

                    DR. CAMDEN
            All right...... Mr. And Mrs. Thomas
            wanted to meet you Lacy and I
            wanted you to meet them. You can go
            back to the playground now.

                    LACY
            OK...... It was nice meeting both
            of you. I hope that you will come
            back and visit again.

                    LYNN
            Oh..... We would love that very
            much.

6.

Lacy exits

                        LYNN (CONT'D)
                  She is a doll. I would really like
                  to get to know her better.

                        RICH
                  Yes, Is there any way we could
                  spend some time with her ?

                        DR. CAMDEN
                  Sure, if Lacy agrees, we can do the
                  paperwork so that you may have her
                  for a couple of weekends . This
                  will give you a chance to see if
                  the three of you will make a great
                  loving family together.

                        RICH
                  That would be great. How soon can
                  we make it happen ?

                        DR. CAMDEN
                  How about next weekend ?

                        LYNN
                  That would be great.

                                    FADE TO BLACK.

DAY EXT BEACH

We see  Lynn, Rich, and Lacy running on the beach flying a
kite together, laughing and having a fun time. The doll is in
Lacy's backpack. They fall into the sand together as they gel
as a family.

We see them stopping for ice cream, riding bikes at Venice
beach, and or roller blading together. We may see them hiking
together and having a picnic lunch in the mountains, at a
bowling alley, or catching a trout at a local fishing hole.

7.

NIGHT INT THOMAS HOME DINNING ROOM

Rich, Lynn, and Lacy are having a candle lit dinner. Lacy is
hungry and eating like she is starved.

                    LACY ( WITH HER MOUTH FULL )
               So,what are we doing next weekend ?

Rich and Lynn look at each other.

                    RICH
               Well Lacy, we need to talk about
               that. The agency only gave us
               permission to have you here for the
               past three weekends.

                    LYNN
               They did that so we could decide if
               we all wanted to become a family
               and you would become our daughter.

                    LACY
               Oh .... Ok  I see.  Is that what
               you want ?

                    LYNN
               Yes, Yes of course. We would love
               to have you as our daughter.

                    RICH
               Is that what you want ?

                    LACY
               Can I keep Ms Rachel ?

                    LYNN
               Sure sweetheart . Ms Rachel can
               live with us too.

They all look at each other and smile.

                                        FADE TO BLACK.

INT COURTHOUSE ADOPTION HEARING

                JUDGE
        I have reviewed the notes from both
        caseworkers along with the report
        from the agency. The court has
        found No reason that this adoption
        request should not be granted so at
        this time I present to the court,
        Richard, Lynn, and Lacy . All
        members of the Thomas family. Enjoy
        your new life together.

                LYNN (EMOTIONAL )
        Thank you your honor.

All three hug and exit the courtroom.

                              FADE OUT.

DAY INT CAR

On the way home from the adoption hearing

                LACY
        Dad, can we stop at the park on the
        way home ? Miss Rachel would like
        to play on the swings .

                RICH
        Oh sweet heart , not today honey.
        There's a football game that starts
        in just a few minutes that I want
        to see. Maybe some other day.

We see the reactions of all three characters as they continue
to drive. When they pass by the park, we hear a tire blowout
and Rich pulls the car to the curb. They all get out and look
at the flat tire.

                RICH (CONT'D)
        Damn............  Now I'm going to
        miss the opening kick off. ....
        It's going to take me a while to
        change this tire.

                    LACY
          Dad, Can  I take Ms. Rachel to the
          swings while you guys change the
          tire ?

                    RICH
          Ahh .... Ya sure honey. I'll call
          you when I am just about done.

Lacy  skips to the swings and quietly sings a song.

                                        FADE OUT.

NIGHT INT THOMPSON HOUSE

Rich kisses Lynn and Lacy goodbye as he leaves on a three day
business trip. He kneels to speak with Lacy.

                    RICH
          When I get back it will be your
          birthday. We'll have a party. Do
          you have any other friends that you
          want us to invite ?

                    LACY
          Just Ms Rachel and Henry.

                    LYNN
          Who's Henry ?

                    LACY
          My special friend. He is an artist
          and a sculptor. He works at the
          agency .

                    RICH
          Honey , can you call the agency and
          see if Henry can come to Lacy's
          party ?

                    LYNN
          Sure. I'll call them in the
          morning.

                    LACY
          Thank you Daddy. See you when you
          get back.

                    LYNN
          By honey. Love you.

They all hug and Rich departs.

                    LYNN (CONT'D)
           How about a delicious  smoothie
          for a snack before bedtime  ?

                    LACY
          Ahh, Ms. Rachel said she wanted
          toaster waffles with syrup and whip
          cream .

                    LYNN
          Well Ms. Rachel doesn't know how
          healthy and delicious my berry
          smoothies are. Just try it and you
          love it . OK ?

Lynn puts fruit in the blender but can't seem to get the
blender to run even though it is plugged in. She starts to
panic and checks and rechecks the plug and blender buttons.
All of the sudden when she is not trying anything the blender
comes to life and shoots berry juice out of the blender and
all over Lynn's face.

                    LYNN (CONT'D)
          Oh Dear God ! Look at me. Now what
          am I going to do ?  I guess you'll
          have to have toaster waffles after
          all.

Lynn leaves to get cleaned up and Lacy puts two waffles in
the toaster as she sings a little song.

                                        FADE OUT.

NIGHT INT LACY'S BEDROOM

Lynn tucks Lacy and Ms. Rachel into bed

11.

                    LYNN
          OK , close your eyes and have sweet
          dreams.

She kisses Lacy on the forehead.

                    LACY
          You forgot to kiss Ms. Rachel.

                    LYNN
          Oh, sorry, yes of course.

She kisses Ms. Rachel.

                    LYNN (CONT'D)
          OK .... Lights out , time to sleep.

                    LACY
          Ms. Rachel wants the lights on so
          she can read while I sleep.

                    LYNN
          Sorry Ms. Rachel, but the house
          rules are lights out at bedtime.

Lynn goes to turn off the lights but they do not go off.

                    LYNN (CONT'D)
          Hmmmm , that's weird. Honey, do you
          think you can fall asleep with the
          lights on ?

                    LACY
          Yes Mommy .

                                        FADE OUT.

DAY INT THOMPSON HOUSE

Lynn calls agency to find out about Henry.

                    LYNN
          Dr. Camden , this is Lynn Thompson.
          How are you ?

12.

DR. CAMDEN
We are all good over here. Are you
having fun with that beautiful
little girl ?

LYNN
Yes ! And her birthday is coming up
and she said she wanted her friend
Henry to come to her party. Do you
know who Henry is and how we can
contact him ?

DR. CAMDEN
Yes. Henry is her special friend.
He is a janitor here at the agency
and they met here and became
friends. Henry is a deaf mute and
likes to draw pictures.

LYNN
A deaf mute ? How do they
communicate ?

DR. CAMDEN ( LAUGHING )
I'm not sure , but they spend hours
together and Lacy talks to him and
he must be able to read her lips or
something.

LYNN
Well can you tell him about Lacy's
party Saturday at noon ?

DR. CAMDEN
Yes . Oh he just walked in. I will
write a note about it and give it
to him right now. Hold on. .......
Ok, he is exited and will attend.

LYNN
OK, thank you Dr. Camden.

DR. CAMDEN
You're welcome. Bye now.

13.

                    LYNN
          Good bye.

                                                  FADE OUT.


DAY INT THOMPSON HOUSE


Rich returns from his trip and greets Lynn.

                    LYNN
          Hi honey, I'm so glad your back.

They kiss.

                    RICH
          Why ? What's up ?

                    LYNN

Oh nothing really. Just some electrical problems in the
house.

                    RICH
          Why don't you call an electrician
          and have them check it out.

                    LYNN
          OK. My friend Angie said she used
          an electrician that she really
          liked . I'll call them and get an
          estimate to have it fixed.

                    RICH
          Good. Are we ready for Lacy's
          birthday party tomorrow ? Did you
          locate her friend Henry and invite
          him ?

                    LYNN
          Well yes , sort of. I called the
          agency and  spoke with Dr. Camden.
          He said that Henry is  challenged
          ........ A def mute that works
          there as a janitor .
                    (MORE)

                    LYNN (CONT'D)
              He and Lacy became friends while
              Lacy was there. He wrote Henry a
              note about the party and Henry
              indicated that he is excited to
              attend.


                                          FADE OUT.

DAY INT THOMPSON HOUSE

Lacy's birthday party. The kitchen is decorated with balloons
etc and a beautiful cake. There is a knock at the door and
Lacy runs to let Henry in. Henry is a very odd looking fellow
and is carrying a large wrapped gift for Lacy. Henry sets the
gift down and walks with Lacy  right past Lynn and Rich and
they go to the back yard and sit in the grass and play with
Ms. Rachel together. They have no interest in cake , ice
cream or anybody else. Lynn and Rich share a disappointed
look. Later, Henry ( with Lacy at his side ) comes into the
house and just stands looking at Lynn.

                    LYNN
              What does he want ?

                    LACY
              Didn't you hear him ? He wants to
              use the bathroom.

                    LYNN
              Oh ! It's right down the hallway.

 There is a subsequent awkward scene where they all stand
around the cake and Rich and Lynn sing happy birthday.  Lacy
ignores wrapped gifts from her parents , but opens the large
gift from Henry. It is a life size doll that looks exactly
like Lacy that Henry custom made. Lacy loves it and gives
Henry a big hug. Lynn and Rich share a concerned look. Lacy
and Henry again go outside and Henry begins to sketch a
picture. Lynn walks out to see them in an attempt to interact
and connect with them.

                    LYNN (CONT'D)
              Oh, you told me Henry was an
              artist. What is he drawing now ?

                              LACY
                    A picture of you Mommy. Take a
                    look.

Lynn is flattered that Henry would draw her until she sees
that it is a picture of her with an extremely frantic look on
her face.

DAY CAR INT

Lynn is driving Lacy to school.

                              LYNN
                    OK honey, remember that I signed
                    you up for after school chorus
                    today. You will really like it
                    because I know that you like to
                    sing.  I will pick you up at 4:30
                    and not 3 o'clock .. OK ?

                              LACY
                    I only sing by myself.

                              LYNN
                    I'm sorry honey. What did you say ?

                              LACY
                    I said I lost the note the
                    principal gave me.

                              LYNN
                    What ? What are you talking about ?

                              LACY
                    The principle gave me a note to
                    give to you and Ms. Rachel was
                    reading it and lost it.

                              LYNN
                    What did it say ?

                              LACY
                    He wanted to talk to you.

16.

                    LYNN
         Oh... Oh.. Ok , I will drop you off
         and then go see him.


                                        FADE OUT.

DAY INT PRINCIPAL'S  OFFICE

                    MR. REED
         Mrs. Thomas, thank you for coming
         in. I wanted to talk to you about
         your daughter.

                    LYNN
         Is there a problem ?

                    MR. REED
         Well, we don't allow children to
         bring their dolls to school. The
         district policy is that children
         should leave their make believe
         play things at home. It makes for a
         better learning environment for all
         of the children. I hope you
         understand.

                    LYNN
         Look ...... I get it...... I really
         do, but this is a little bit
         different situation. This child has
         been through a lot recently,
         loosing her biological parents and
         all. The doll is her coping
         mechanism and we've been told by
         experts that it is a temporary
         behavior that will go away on it's
         own as soon as she feels secure in
         her new life. Forcing her to part
         with her doll before she is ready
         may aggravate the situation.

                    MR. REED
         Trust me I understand that she has
         been through a lot and she is in
         need of special consideration.
                    (MORE)

MR. REED (CONT'D)

My concern is that we have other
students that are teasing her about
carrying the doll and that too may
aggravate the situation.

FADE TO:

EXT DAY

Lacy has skipped chorus and is walking home from school
without permission. Billy the bully is walking behind her and
throwing paper balls at her to tease her.

BILLY

Hey , fourth graders aren't allowed
to walk home from school . Didn't
you know that ? You could get in
big trouble. Aren't you supposed to
be in chorus ?
Why don't you let me carry your
stupid doll ?  I won't hurt her. I
promise. Just let me have her for a
little while and then I won't tell
anybody that you walked home.

Lacy suddenly stops walking. (Beat)

LACY

OK Billy, Tell you what. I will put
my doll on the other side of the
street and then I will come back
here and we will race to her when I
say go. The first person that gets
to her can have her.   OK ? Will
that make you happy ? Huh Billy ?
Will that make you happy ?

BILLY

OK... Sure ! It's a deal.

Lacy places her doll on the other side of the street and
walks back.

18.

                    LACY
          Ok Billy..... On your mark........
          Get set .......

We see a hybrid Prius coming down the road behind Billy that
he doesn't see. We see a close up of the dolls eyes move left
to right.

                    LACY (CONT'D)
          GO !

Billy takes off and runs right in front of the Prius . We
hear the tires squeal and Billy is hit , laying  in pain on
the side of the road. We hear some drivers get out of their
cars yelling , " Call 911" as Lacy calmly walks over and
picks up her doll. She is singing a song to herself and walks
away.


                                        FADE TO:


EXT DAY FRONT DOOR OF THOMPSON HOUSE

Lacy rings the bell and Lynn opens the door.

                    LYNN
          Lacy ! ..... What are you doing
          here ? How did you get here ?

                    LACY
          I wasn't feeling well so I left
          chorus to walk home.

                    LYNN
          Oh Honey,  That can be dangerous !
          I told you I would pick you up.

                    LACY
          I'm sorry. I won't ever do it
          again. It is dangerous. A boy from
          our school got hit by a car today.

                    LYNN
           Oh Dear God. I hope he's alright.
          See what I mean ? Now you
          understand.
                    (MORE)

                        LYNN (CONT'D)
              OK ? Now come in before you get
              cold.

Lacy comes in and sees the electrical contractor.

                        LACY
              Who's he ?

                        LYNN
              That's Brandon the electrician.
              He's fixing the wiring in the
              house.

                        BRANDON
              Hi Lacy. How are you ? ( beat )

                        LACY
               Is there really anything wrong
              with the electricity ?

                        BRANDON ( HESITATES)
              Ah .... Well .... Ah... we are
              going to find out and fix anything
              we find so your home will be safe.

Lacy exits to her room when the doorbell rings.

                        LYNN
              Oh ..... Now  what ?

Lacy opens the door to see a frantic mother.

                        FRANTIC MOM
              Your daughter caused my son to get
              hit by a car.

                        LYNN
              What ? That's not possible. Calm
              down. Is your son alright ?

                        FRANTIC MOM
              He's critically injured thanks to
              your malicious daughter.

20.

                    LYNN
          Look , I know your upset, but my
          daughter would not hurt a flea. I
          am sorry about your son , and I
          understand that you are really
          upset.

                    FRANTIC MOM
          Ya, well I'm sorry that you have an
          evil child.

The woman turns and leaves. Lacy appears.

                    LACY
          Who was that Mommy ?

                    LYNN
          No one honey. Why don't you help me
          make dinner.

                                        FADE TO:

Rich returns home and sees the electrician.

                    RICH
          Hey, I'm Rich.

                    BRANDON
          Hi.... Brandon.

                    RICH
          What have you found ?

                    BRANDON
          Loose wire in most of the outlets.
          These old outlets would not meet
          code today so your wife is having
          me replace them with newer safer
          outlets. I should finish by the end
          of the week.

                    RICH
          Great thanks.

Rich departs and greets Lynn. He has a taste of the soup she is making and they exchange a kiss.

                    RICH (CONT'D)
          Hi Hun. Where's Lacy ?

                    LYNN
          She's in her room. I'm going to get
          her for dinner.

Lynn departs to Lacy's room opens the door and sees Lacy playing with her ( Lynn's ) cell phone.

                    LYNN (CONT'D)
          Lacy, What are you doing with my
          cell phone ?

                    LACY
          Just looking at it Mommy.

                    LYNN
          Well it's not a toy and it belongs
          to me. Now hand it over and come
          and have some dinner.

                                        FADE TO:

NIGHT INT KITCHEN TABLE

                    RICH
          Lacy, mommy and I are going out to
          a movie tonight and  Mrs. Johnson
          will be coming over to stay with
          you .

                    LACY
          Can we have my friend Henry come
          over instead ? I would have more
          fun with him.

Rich and Lynn share a glance.

                    LYNN
          We don't know Henry that well
          honey.
                    (MORE)

                         LYNN (CONT'D)
               And he would not be able to call
               911 if there was an emergency
               because he does not speak. Maybe
               next time. You will love Mrs.
               Johnson. She used to teach fourth
               grade and loves to play games.


                                             FADE TO:


NIGHT INT THOMAS HOUSE.

Mrs. Johnson  an elderly woman arrives and greets everyone.

                         MRS. JOHNSON
               Hello Lacy. You are just as pretty
               as they told me you were. Would you
               like to play Scrabble ?

Lacy answers enthusiastically.

                         LACY
               Sure, I love Scrabble.

Lynn and Rich smile at each other.

                         LYNN
               There's some apple pie and drinks
               in the fridge. Help yourself. I put
               our cell phone number by the phone
               if you need anything.

                         MRS. JOHNSON
               Oh thank you. That's very nice of
               you.

                         LYNN
               Lacy be good for Mrs. Johnson.
               We'll see you in the morning.

                         LACY
               I will mommy. See you later.

                         RICH
               Bye honey.

23.

                         LACY
                   Bye Dad.

Rich and Lynn depart.

                                        FADE TO:


INT NIGHT THOMAS HOME LATER THAT NIGHT.

Lynn and Rich return from the movie and see No one at first.

                         LYNN ( QUIETLY )
                   Mrs. Johnson ?

Lynn slowly walks down a dark hallway and gently knocks on
the bathroom door.

                         LYNN (CONT'D)
                   Mrs. Johnson ?

There is No answer and the door is cracked so Lynn opens it
to see Mrs. Johnson lying dead in a pool of blood. Lynn
screams and Rich arrives quickly. He feels for a pulse and
orders Lynn to check on Lacy and then call 911. Lynn goes in
Lacy's room to find her safe and asleep. We also see Ms.
Rachel is sitting up with her eyes wide open.

                                        FADE TO BLACK.


NIGHT INT THOMAS HOUSE.

Detective   Adams looks at the body as the photographer takes
some pics.

                         RICH
                   What do you think happened ?

                         DETECTIVE ADAMS
                   Ahhhh ... No forced entry or sign
                   of struggle. She probably slipped
                   and hit her head on the tub or
                   toilet. Happens all the time with
                   the elderly. Thank God your
                   daughter didn't have to see this.
                         (MORE)

### DETECTIVE ADAMS (CONT'D)
She slept through the whole time ,
huh ?

                    RICH
Yea, She's a sound sleeper.

 Try not to worry about it . Like I
said we see this all the time.
There is nothing suspicious here at
all. We have the coroner and a
crime scene cleanup crew on the
way. We'll all be out of here in an
hour. Your wife gave me info that
will help us contact her next of
kin.


                    RICH (CONT'D)
Thanks. I feel a little bit better
about this now.

Detective  departs and Lynn walks up to Rich.

                    LYNN
Rich, you don't think Lacy had
anything to do with this , do you ?

                    RICH
What ?..Honey,What are you saying ?
Of course not. She was asleep the
whole time. Let's not even mention
it to her.....  Why would you even
think that ?

                    LYNN
I don't know. I'm sorry. I think I
am just stressed  out.

                                        FADE OUT.


DAY INT THOMAS KITCHEN

Lacy walks in carrying Ms. Rachel as Lynn stares out the
window.

25.

                         LACY
               Good morning Mommy. ( Beat )

Is something wrong ?

                         LYNN ( FLUSTERED )
               Maybe you should stop carrying that
               doll everywhere.

                         LACY
               She's not a doll. She's alive.

Lynn grabs the doll and puts it in a chair and points to it.

                         LYNN
               That doll is not alive Lacy.

We see the dolls eyes move on their own , but Lynn does not
see it. Lacy glares at Lynn.

                         LYNN (CONT'D)
               Look , why don't you take a quick
               shower while I make you some
               breakfast .

                         LACY
               Yes Mommy.

Lacy picks up Ms Rachel and heads to the shower. Lynn waits
until Lacy is in the shower and then takes Ms. Rachel and
puts her in the trash. She then finishes making breakfast and
goes to tell Lacy that her breakfast is ready. Knocking on
the shower , Lacy  doesn't answer so Lynn enters to find the
shower running but No one in the shower. She then runs
frantically around the house calling Lacy's name with no
response. Finally entering the garage Lynn sees the ladder to
the attic is pulled down. She slowly climbs up to see Lacy at
the far end of the attic sitting down with her back to her.
She calls out Lacy's name with No response. She approaches
Lacy and sees Ms. Rachel sitting their with some candles
burning and maybe a picture of Elizabeth her deceased
daughter .

                         LYNN
               Lacy, What are you doing ?

                    LACY
We are having a seance.

                    LYNN
A seance ? Who are you talking to ?

Lacy does not respond but Ms. Rachel begins to speak in the
voice of Elizabeth who is Lynn's deceased daughter.

                    MS. RACHEL
Mommy ,Mommy !

                    LYNN
Lynn begins to cry.

Elizabeth ?

                    MS. RACHEL
Why did you make me take ballet
lessons but not swimming lessons
Mommy?

We see flashbacks to Elizabeth drowning in the pool and the
funeral home. We then see Lynn's reaction and see her faint.

                              FADE TO BLACK.

DAY INT HOSPITAL

The camera is out of focus with Lynn's POV as she is laying
in a hospital bed. We see Dr. Rogers pulling an oxygen mask
off of her face as he, Rich, and Father O'neil come into
focus.

                    LYNN
What's going on ? Where are we ?

Lynn tries to sit up but realizes that her hands are strapped
with gauze to the sides of the bed.

                    RICH
Relax honey. This is Dr. Rogers and
you know Father O'neil. You had a
nervous breakdown. You are in the
hospital now.

              DR. ROGERS
We had you sedated Lynn. I think we
can remove this gauze now.

              LYNN
That child and her doll are evil.
They were having a seance up in the
attic and  talking to Elizabeth .

              RICH
Honey. Listen. I came home from
work and found you delusional and
incoherent and called the
paramedics who brought you here.
Lacy was over at the neighbors
house playing with their kids all
day. Lacy loves you and is very
upset that you are here.

              DR. ROGERS
These things can triggered when you
have lingering  post traumatic
stress coupled with some of the
anti depressants that you were on.
We'll put you on some different
meds that should help and let you
rest here for a few days. Then you
can go home . I will set you up
with some follow up appointments
with our staff psychiatrist . You
should be fine.

Lynn has a look of disbelief and confusion.

              LYNN
I would like to speak with Father
O'neil .... Alone.

              RICH
Of course.

Rich and Dr. Rogers exit.

28.

                    LYNN
          Father, you have to help me..... I
          think that either our child is
          possessed or I am insane. The
          seance was real. Her doll spoke
          with Elizabeth's voice.

                    FATHER O'NEIL
          Ok, relax. I remember the other
          incidents that you told me
          about......... We have a retired
          nun who has extensive experience
          with demonic possession. We will
          arrange for her to meet with Lacy
          and get to the bottom of this.


                                        FADE OUT.

DAY INT THOMPSON HOUSE

Lacy and Rich are playing a game and having too much fun when
the front door opens and in walks Lynn who looks a little
sedated and not  especially happy.

                    RICH
          Honey, I was going to bring you
          home tomorrow. How did you get here
          ?

                    LYNN
          My folks checked me out and I took
          a cab. I feel great.

                    LACY
          Hi Mommy. I'm glad you're home.

Lacy runs up and gives Lynn a hug. Lynn does not react much
Rich gives her a kiss.

                    LYNN
          Hi sweetheart. I missed you.

                    RICH
          Are you hungry. I will make dinner.

29.

                LYNN
          Yes , I am hungry but I thought you
          and I could go out for dinner so we
          can talk. I found a new sitter that
          I think Lacy will really like. They
          can order a pizza.

                RICH
          Oh.... OK.... Ah let me change my
          clothes.

Rich exits and we hear a doorbell. Lynn opens the door and we
see Mrs. Keller carrying a soft suitcase. Lynn introduces her
to Lacy.

                LYNN
          Lacy , this is Mrs. Keller.

             MRS. KELLER
          Hello Lacy, I've heard a lot about
          you.

Lacy stares at Mrs. Keller as if they've known each other for
decades but never liked each other.

               LACY
          Hi ...... What's in your suitcase ?

             MRS. KELLER
          I'll bet you could guess what's in
          there.

Rich walks into the room.

                LYNN
          Rich, this is Mrs. Keller. Father
          O'Riley highly recommended her for
          staying with Lacy.

                RICH
          Oh great. We love Father O'Riley.
          Nice to meet you.

                    LYNN
          We should get going. I left some
          money on the kitchen table so you
          can order a pizza.

                    MRS. KELLER
          Oh, that will be fine. Thank you.

                    LYNN
          Lacy, be good for Mrs. Keller.

                    LACY
          I will Mom.

Lynn and Rich exit. Lacy and Mr. Keller stare at each other.

                    LACY (CONT'D)
          I'm really tired. I think I will go
          to bed.

                    MRS. KELLER
          Not so fast young lady. We have
          some business to attend to.

Just then we see a close up of all of the locks on all of the
exterior doors latch themselves instantly.

                                        FADE OUT.

NIGHT  INT FRONT DOOR THOMAS HOUSE.

Lynn and rich return from dinner and see no one as they enter
the house. They softly call out Mrs. Keller's name with no
answer. They check on Lacy and she is sound asleep. They then
open the bathroom door to see Mrs. Keller either hanging from
the shower head or on the floor in a pool of blood as the
first baby sitter was. Lynn screams. Rich comes running and
they share a shocking look.

                                        FADE OUT.

NIGHT INT THOMAS HOUSE.

Detective Adams is viewing the body as Rich observes him.

                    RICH ( HANDS HOLDING HIS HEAD )
          I can't believe this is happening
          to us.

                    DETECTIVE ADAMS
          Hey look.... Listen, the last time
          I was here we wrote it off as an
          accident. Like one of those freak
          occurrences that happens every
          hundred years. But now I am back a
          month later. The odds of this
          happening twice are not probable .
          You and your wife and daughter will
          have to come down to the station
          for questioning first thing in the
          morning.

                    RICH
          I understand detective. We'll be
          there.

                                        FADE OUT.

DAY INT INTERROGATION ROOM  POLICE STATION

Detective Adams addresses the Thomas family.

                    DETECTIVE ADAMS
          This is District Attorney Kearns.
          We are going to talk  to Mr. And
          Mrs. Thomas first and then each of
          you separately . OK ?

Everyone nods there head in agreement. Detective Adams
motions for Lynn and Rich to enter a separate room. They get
up and walk in and sit down.

                    DETECTIVE ADAMS (CONT'D)
          All right. ....... Let me ask you
          this first. Do either of you know
          of anyone who would want to cause
          harm to your family ?

Rich and Lynn look at each other and both say " no ".

                    DETECTIVE ADAMS (CONT'D)
          Is there anyone who you might
          suspect may have done this ?

                    RICH
          No one that I can think of.

                    LYNN
          Well ..... There is one person.
          ........ Lacy has this weird adult
          friend. He's a def mute and
          probably mentally challenged. Lacy
          wanted us to use him as a baby
          sitter for her, but we thought he
          was weird and declined.

                    DETECTIVE ADAMS
          OK, that's a start. We'll call him
          in. Has he ever been in your house
          ? Would his finger prints be in
          that bathroom ?

                    RICH
          Yes , Yes they would.

                    DETECTIVE ADAMS
          That doesn't help.

                                        FADE TO:


Rich and Lynn exit the room and the Detective calls in  Lacy
who enters and sits down.

                                        FADE TO:


The door opens and Lacy walks out and the detective calls in
Lynn who enters and takes a seat with a curious look on her
face.

                    DETECTIVE ADAMS (CONT'D)
          Who is Brandon ?

                  LYNN
       Oh .... He's our electrician. He's
       been fixing the wiring in our house
       , but I would not suspect him at
       all. He came with excellent
       references .

The DA and detective look at each other.

                 DA KEARNS
       Mrs. Thomas. Are you having an
       affair with Brandon ?

Dead silence for three beats. Lynn looks uncomfortable.

                  LYNN
       OK ...... Yes. But it's over. It
       has nothing to do with this and my
       husband doesn't need to know. I beg
       you please, please. It will just
       cause problems. ..... Who told you
       this ?

                 DA KEARNS
       Your daughter saw some texts in
       your phone and witnessed the act as
       well.

We see a flashback of Lynn and Brandon together and Lacy
peeking through the door.

                 DA KEARNS (CONT'D)
       Mrs. Thompson. All of the truth has
       to come out for us to do our job. I
       hope that you understand. Now
       either you can tell your husband or
       we can tell him. We'll let you
       decide right now.

All three share a look.

                         FADE TO:

34.

The detective opens the door and asks Rich to join them. Rich enters , and sits down with a " WTF" look on his face. There is a moment of silence.

                    LYNN
            Rich, There is something that I've
            really been wanting to tell you and
            I have decided that now is the
            time.

The camera catches everyone's reaction. Rich is extremely puzzled and curious .

                                        FADE TO:

DAY CAR INT DRIVING

The thomas family is driving home from the police station in dead silence. Rich stares at the road. Lynn stares out into space. Lacy plays with Rachel in the back seat and quietly hums a song.

                                        FADE TO:

THREE MONTHS LATER

Rich is trimming the hedge in the back yard with an electric hedge trimmer. Lynn calls him in for dinner. He sets the trimmer on the step ladder and comes in.

                                        FADE TO:

NIGHT INT THOMAS HOME DINNING ROOM

The three family members enjoy a quiet dinner. Not much is said.

                                        FADE TO:

NIGHT INT THOMAS HOME

Lynn tucks Lacy and Ms. Rachel into bed.

                    LYNN
          OK , close your eyes and count
          sheep. Tomorrow is a school day and
          I want you to be well rested. Good
          night honey.

                    LACY
          Good night mommy.

Lynn departs and joins Rich who is sitting on the sofa
reading a newspaper in front of the fireplace.

                    LYNN
          Honey, can we talk ?

                    RICH
          About what ?

                    LYNN
          I was thinking that we might be
          happier if things were like they
          used to be.

                    RICH
          What do you mean ?

                    LYNN
          I'm not sure that I am cut out for
          this motherhood thing . I mean I
          could give you my full attention if
          we put Lacy  in boarding school .

Lynn starts to seduce Rich unbuttoning his shirt.

                    LYNN (CONT'D)
          Do you remember before we adopted
          Lacy how we used to run around the
          house naked and make love
          everywhere ?

She has his interest. They start to kiss and undress down to
their underwear.

                    RICH
          Honey, maybe you should see if Lacy
          is asleep before we get too
          involved here.

                    LYNN
          All right ..... Hold that thought.
          I will be right back.

Lynn checks on Lacy but Lacy is not in her bed. Lynn calls
out to Rich and they both frantically search the entire house
room to room to no avail. They then head outside to the back
yard with flashlights and call out Lacy's name. There is no
response but suddenly the underwater swimming pool lights go
on and we see Lacy dead at the bottom of the pool. Lynn
screams and she and Rich both jump in the water and swim
under water to retrieve Lacy. Rich grabs Lacy and as they
walk into shallow water together .

                    RICH
          It's not her. It's her stupid (life
          size) doll.

                    LYNN
          What ?

They look up and see Lacy staring at them standing at the end
of the pool. Ms. Rachel is floating on a blow up raft in the
pool. They all stare at each other for a beat and then Lacy
pushes the step ladder with the plugged in hedge trimmer into
the pool electrocuting Lynn and Rich. Lacy waits a beat and
then unplugs the trimmer and sings her little song and wades
into the water to get Ms. Rachel . Lacy and Ms. Rachel begin
to walk toward the house when Lynn suddenly comes back to
life. This is an optional part of the film. Lynn yells at
Lacy, " You are the Devil !  Time for you to go. " Lacy picks
up a shovel and hits Lynn in the head with it as Lynn tries
to climb out of the pool. Lacy has no expression as she
discards the shovel

                                        FADE TO BLACK.

DAY INT ADOPTION AGENCY.

Lacy enters the room to see Dr. Camden.

> DR. CAMDEN
> The new couple will be here any
> minute. Go and get your doll.

> LACY
> OK Dad. Are they wealthy ?

> DR. CAMDEN
> Yes of course.

Lacy departs and the new couple walks in all smiles. Dr.
Camden welcomes them and has them take a seat.

> DR. CAMDEN (CONT'D)
> We've gone through your application
> and checked on all of your
> references. Everything looks good.

> MS. NELSON
> We see that you are requesting a
> newborn child.

> NEW MOM
> Yes... Yes , that is correct.

> MS. NELSON
> Well the waiting list for newborns
> is quite long and if I may say so
> .....  The two of you are not
> getting any younger. ..... Have
> you ever considered adopting and
> older child ?

> DR. CAMDEN
> Your profile is more ideally suited
> for an older child.

The new couple look at each other .

> FADE TO BLACK.

THE END

38.

# EXHIBIT C



ANDREW MATOSICH
*Executive Vice President, Business Affairs*

Carl Watts
P.O. BOX 4613
Thousand Oaks, CA 91359

6/6/11

Dear Carl:

As you know, Summit Entertainment, LLC ("Summit") is engaged in the production of motion pictures and in the search for material and literary properties and development of ideas, stories and suggestions for exploitation in any and all entertainment media which production of motion pictures necessitates, whether now known or hereafter devised. Such material, ideas or suggestions may relate to format, theme, characterizations, treatments, and/or means of exploiting a production based on such ideas and suggestions once completed.

You hereby acknowledge and agree as follows:

1. You are submitting to Summit the following film material for its review "Paranormal Adoption".
2. You warrant that you are the sole owner and author of the above described film material and that you have the full right and authorization to submit same to Summit.
3. You agree that any part of the submitted material which is not novel or original and not legally protected may be used by Summit without any liability on its part to you and that nothing herein shall place Summit in any different position with respect to such non-novel or original material by reason hereof.
4. Summit shall be under no obligation to you with respect to the submitted material except as may later be set forth in a fully executed written agreement between you and Summit.
5. You realize that Summit has or has have had access to and/or may independently create or have created ideas, themes, formats and/or other materials which may be similar or identical to the theme, plot, idea, format or other element of the material now being submitted by you and you agree that you will not be entitled to any compensation by reason of the use by Summit of such similar or identical material.

1630 STEWART STREET, SUITE 120 SANTA MONICA, CA 90404  TEL 310.309.8410  FAX 310.309.8411

Carl Watts
6/6/11
Page 2

6.  Your sole and exclusive remedy for any actual or claimed breach of this
    agreement by Summit is an action for damages and you irrevocably waive
    any right to equitable and/or injunctive relief.

                                    Very truly yours,

                                    _____
                                    Andrew J. Matosich
                                    Executive Vice-President,
                                    Business Affairs
                                    Summit Entertainment


AGREED TO AND ACCEPTED:

_____

Print name: _____

Date: _____

# EXHIBIT D

**From:** Joshua Cozine <jcozine@summit-ent.com>
**To:** "cwatts2955@aol.com" <cwatts2955@aol.com>
**Sent:** Tuesday, June 14, 2011 at 04:53:05 PM PDT
**Subject:** Re: Submission Form

We did. It's under consideration.

J



**Joshua Cozine**
Assistant
Business Affairs
**Summit Entertainment LLC**
1630 Stewart Street, Suite 120
Santa Monica, CA 90404
Tel: 310.309.8412
Fax: 310.309.8411
E-Mail: jcozine@summit-ent.com

From:      cwatts2955@aol.com
To:        JCozine@summit-ent.com
Date:      06/14/2011 01:20 PM
Subject:   Re: Submission Form

Joshua,

Just want to make sure that you received my email with my signed submission forms and script ( Paranormal Adoption ) attached.

Thank you,

Carl Watts
Different Dreamer Films
805-551-0404

-----Original Message-----
From: Joshua Cozine <JCozine@summit-ent.com>
To: cwatts2955@aol.com
Sent: Fri, Jun 3, 2011 10:01 am
Subject: Submission Form

# EXHIBIT E

**From:** Joshua Cozine <jcozine@summit-ent.com>
**To:** "cwatts2955@aol.com" <cwatts2955@aol.com>
**Sent:** Monday, March 19, 2012 at 09:11:53 AM PDT
**Subject:** Re: Andrew / Joshua

Carl,

Andrew has left the company, and I'm leaving shortly.  As you may have heard, Lionsgate bought us out.  You should probably contact Lionsgate about submitting the film.

Regards,
Joshua



**Joshua Cozine**
Manager
Business Affairs
**Summit Entertainment LLC**
1630 Stewart Street, Suite 120
Santa Monica, CA 90404
Tel: 310.309.8412
Fax: 310.309.8411
E-Mail: jcozine@summit-ent.com

| | |
|---|---|
| From: | cwatts2955@aol.com |
| To: | jcozine@summit-ent.com, amatosich@summitent.com, amatosich@summit-ent.com, amatosich@summitentertainment.com |
| Date: | 03/18/2012 07:27 PM |
| Subject: | Andrew / Joshua |

Dear Andrew & Joshua,

I am not sure if I have correct email addresses for either of you.

We have completed the feature film Paranormal Adoption and we are looking for a distributor and a buyer.

I can deliver a screener copy to you if you have any interest in this film. I had previously submitted Summit's submission packet with the script.

Thank you for your consideration.

Sincerely,

Carl Watts CEO Different Dreamer Films
805-551-0404
cwatts2955@aol.com
http://www.imdb.com/name/nm2374359/

[attachment "paranormal800x1200.jpg" deleted by Joshua Cozine/Summit]

# EXHIBIT F



# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-392-068

**Effective Date of Registration:**
January 20, 2023
**Registration Decision Date:**
January 23, 2023

---

## Title

**Title of Work:** Paranormal Adoption

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** July 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Carl Watts
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Carl Watts
P.O. Box, Thousand Oaks, CA, 91359, United States

---

## Certification

**Name:** Carl Watts
**Date:** January 20, 2023

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT G



MOVIES  /  COMEDY MOVIES

# James Wan, A Man Of Good Taste, Thinks Of Himself As 'A Bit Of A Creepy Doll Aficionado'

BY ANDREW HOUSMAN
APRIL 21, 2023 2:22 PM EST

Universal

Creepy dolls have been a part of horror movies for decades, but few horror filmmakers have embraced the trope as much as James Wan has. The director has just come off of producing "M3GAN," a treatise on killer dolls in a post-AI world, but Wan has been intimately familiar with designing terrifying toys ever since he first started working. It's become a calling card for him at this point in his career, as producer of many a James Wan project James Blum pointed out.

ADVERTISEMENT

Wan's debut feature, "Saw," introduced the world to the tricycle-riding, spiral-cheeked Billy the Puppet. Although Billy was the vocal and visual conduit for the human Jigsaw Killer, played by Tobin Bell, the ventriloquist iconography was unsettling enough to



appearance eerily resembles one of her dolls, as well as "Insidious," which briefly features a whole family of doll-like spirits. Of course, it would be remiss to not mention creepy doll superstar Annabelle, who first appears in Wan's "The Conjuring" and would go on to star in a series of films of her own to become a modern horror movie icon.

ADVERTISEMENT

## James Wan, lover of toys



Warner Bros.

In an interview with <u>IndieWire</u>, Wan admitted that he's "a bit of a creepy doll aficionado." He spoke about how he loves exploring the different ways a toy could come to life, through a myriad of different ways:

ADVERTISEMENT

"I just love the idea of an inanimate object that looks like it could be alive and may actually have life within it. Whether it's life that



the other is more psychological, but I'm drawn to both aspects of the genre."

He chalked up his obsession to a viewing of the Tobe Hooper/Steven Spielberg classic "Poltergeist" in which a clown doll attack became one of horror's greatest jump scares, telling Yahoo!:

"That was definitely a very influential film for me, and I saw it at a very young impressionable age, and it made a huge impression on me, and that creepy clown doll definitely scarred me for life."

ADVERTISEMENT

Wan also mentioned that he has a genuine appreciation for toys, mentioning that his action figure collection serves as an inspiration to him, "and so naturally, the idea of making movies based on one of these things coming to life is exciting ..." "M3GAN" strays away from the supernatural and instead approaches the killer doll idea from a science-fiction angle, further broadening Wan's scope. Despite their differences in origin, we can only wait until the day when the titanium M3GAN takes on the demonic Annabelle.

## RECOMMENDED

MOVIES  /  HORROR MOVIES

# EXHIBIT H



# EXHIBIT I



Paranormal doll films




1:20:26

### Paranormal Adoption - Full Film starring Piper Watts

287K views • 2 years ago

1capcarl

Our 2 other great FREE films: Control Tower. https://www.youtube.com/watch?v=iWVyGUQRRMw Desert Desire.

**People also watched**




15:30

### 15 Possessed Kids Toys Caught on Tape

2M views • 5 years ago

Chills

In this top 15 list, we look at haunted toys that have become possessed. The creepy actions of these dolls and figures were ...

CC





### Chucky VS Annabelle: The Ultimate Horror Movie Doll

5.9M views • 4 years ago

WatchMojo.com

#TheConjuring #ChildsPlay #Annabelle Check our our other channels! http://www.youtube.com/mojoplays ...

paranormal activity films



### Paramount's Blum Discusses 'Paranormal Activity' Success: Video

5K views · 11 years ago

 Bloomberg Originals

Oct. 30 (Bloomberg) -- **Jason Blum**, producer of 'Paranormal Activity,' talks with Bloomberg's Carol Massar and Matt Miller about ...



LOW-BUDGET HIT THRILLER · 4:49



### Paranormal activity: next of kin - Full Movie Watch Movie 2023

Unlimited Access to over 120,000+ Movies and TV Shows. Enjoy on Any Device. Anytime. Watch Free Movies HD Streaming. Full...

**Ad** · https://us.tomatomovies.com/movies/free

### Paranormal Adoption starring Piper Watts Trailer #shorts

1.7K views · 1 year ago

 1capcarl

Watch it free on this channel https://www.youtube.com/watch?v=6vUcwEv1u-s Starring Piper Watts. Watch our other films

SHORTS

PA Access Revised 2

scary doll films

**Annabelle - Official Main Trailer [HD]**
45M views · 8 years ago
Warner Bros. Pictures
She terrified you in "The Conjuring," but this is where it all began for Annabelle. Capable of unspeakable evil, the actual doll exists ...

2:33

**Paranormal Adoption - Full Film starring Piper Watts**
579K views · 3 years ago
1capcarl
Our 2 other great FREE films: Control Tower. https://www.youtube.com/watch?v=iWVyGUQRRMw Desert Desire.

1:20:26

**Director Gerard Johnstone on M3GAN's surprising and brilliant movie influences**
2.5K views · 7 months ago
JOE.ie
We chatted to M3GAN director Gerard Johnstone about the new sci-fi horror, who difficult it was to nail the final look of the ...

5:09

1:23 / 4:44






# EXHIBIT J

***Paranormal Adoption* v. *M3GAN***

*Paranormal Adoption* is a low budget horror film, released in 2012. It follows a young orphan girl, Lacey who has lost her parents in an accident. She is then placed with a young heterosexual couple who lost their young daughter in a drowning accident. The three of them set out to be a family. This cute and well-behaved girl comes with one catch, however: she is seemingly tied to the hip with a doll, whom she calls "Miss Rachel." The orphan girl is never without this doll. Lacey compulsively carries it around with her. Through a series of events, we see that the doll has the ability to affect her reality, like cause car accidents, deflate car tires, and make lights flicker in the house. The doll strategically uses her powers to seemingly protect the girl. Through her "protection," however, this grotesque and deranged doll eventually alienates the child from her new adoptive parents. The mother, who begins to suspect that the doll is in fact evil, tries to take the doll away from her newly adopted daughter.  This, however, is unsuccessful, setting off a series of accidents and deaths that culminate in both of the parent's demise. In the end, we learn that the "orphan" daughter is actually a participant in a scam to exploit vulnerable couples looking to adopt. The girl's actual parents continually place the girl in new families seeking a daughter, and in each case, the young couple is murdered.

*M3GAN* is a commercial horror film by Universal Studios, released in 2022. It also features a young orphan girl who has just lost her parents in a car crash.  In *M3GAN*, the young girl is taken in by her aunt (Allison Williams), who is a major research figure at a toy company specializing in toys driven by Artificial Intelligence. The Aunt, Gemma, is in the process of developed a robotic doll (M3GAN) that provides individuated companionship to children. Overwhelmed by the prospect of taking care of a child that she didn't expect to have to care for, Gemma decides to pair her new creation M3GAN with her niece, and the child and M3GAN form an instant, and eventually obsessive bond. The young orphan begins to take the doll with her everywhere. M3GAN the doll, who is programmed to protect the child, takes over the young girl's life, which leads to a series of murders all associated with M3GAN. Driven to stop at nothing to protect the orphan girl, M3GAN, with increasing intensity, begins to display abilities that Gemma didn't intentionally program into the A.I. driven doll. M3GAN also begins to move outside of the control of her programmers, who recognize that they've created a rogue doll out to destroy them. A series of seemingly accidental deaths, which Aunt Gemma comes to realize were directly caused by M3GAN, drive Gemma to take the doll away from the girl. The film ends with Aunt Gemma and the orphan girl fighting against M3GAN and finally defeating the doll.

*M3GAN* has some key differences from *Paranormal Adoption*, including a technological angle, a familial component to the adoption, and a missing paternal figure.

The architecture of both films, however, despite these small changes, remains almost identical. Each film centers on an orphan girl with a strong attachment to a doll, that takes over not only her life, but the lives of those who adopted her. The dolls in each film are odd, which, despite being depicted as creepy and strange, are embraced warmly by both orphaned girls as a person. Both dolls become part of the family units that take in the orphaned girls, because the girls are so obsessed with the dolls that it becomes a non-negotiable.

In both films, the parental figures do not see the doll the way the girls do, but they play along at first, understanding the girl's behavior to be a kind of coping mechanism for the orphan's traumatic past, which in both cases, as understood by the adoptive parents, involved losing both parents. Both films show the adoptive mothers questioning whether they are able to be good mothers to the orphaned girl, despite trying their best. Both films show the dolls protecting the orphaned girl against bullies, well-meaning but misguided older women, and teachers. Both dolls eventually become implicated in a string of murders in their relentless pursuit of the orphaned girl's well-being. *M3GAN* could have easily been about anything else – technology, the workplace, or gender roles, to name a few. Instead, *M3GAN* features the exact same structure, thematic underpinnings, and triad of characters: The little girl, the mom, and the doll.

**Characters**

*The little girl* in both films enters the story with a narrative of loss: recently orphaned, having lost both her parents in a tragic accident. Both girls are nine years old. Both characters are Caucasian, conventionally cute, with long, straight dark hair. Neither character has any siblings. Neither seem to have any friends. They both carry themselves with a serious, sad affect. They are both articulate, expressive and precious children. They are also both stubborn, defensive and somewhat introverted. Both girls appear to believe that the doll is real, and treat it as if it were a person, incorporating it into activities as if it were a friend rather than a plaything. Both girls speak for the doll in these situations. Despite their familial losses, both girls remain playful.

*The mother* figure in both stories is also strikingly similar. They're both Caucasian, attractive, with long, dark hair. The have the same slender, athletic body type. They even have similar faces, with strong, striking facial features. They are both driven to be good adoptive mothers but secretly fear that they're inadequate. They are both ultimately selfish, cold and detached, despite their best efforts. Both mothers initially accept the doll that the little girl is fixated on, because they understand the obsession to be a coping mechanism for grief, and therefore understand the acceptance of the doll to be, by extension, a form of good parenting – despite the protestations of other authority figures, most notably, teachers, principals and fellow students in both of

the adoptive girl's new school environments. Both mothers subsequently come to suspect that the dolls are implicated in a series of murders and attempt to remove the dolls from the girl's life as a result. Both mother figures are sexually active women: the mother in M3GAN is a regular user of tinder, and the mother in *Paranormal Adoption* has an affair in her own home with her contractor. In both films, the mothers tell the little girl that some things aren't toys (In *M3GAN*, it's the collectible toys she collects, in *Paranormal Adoption*, it's the adoptive mother's cell phone).

*The doll* in both films has numerous striking similarities as well. Most notably, both dolls are overly protective, successfully shielding the little girl from bullying and harassment. This protection expands beyond serious threats, however, extending to the girl's preferences, like when she wants to play, or whether she wants the lights in her room on and off. Both dolls have the ability to manipulate their environments in order to protect the girls. This primarily plays out within the home, where they are in full control of the electrical systems, but also extends to acts of violence outside the home. Both dolls are depicted to be uncanny, terrifying, and humorous in equal parts. They feature eyes and mouths that can move, but these movements are crude and clunky, belying the terrifying precision with which they can manipulate their environments in an effort to place the little girls in a protective bubble. Both dolls have the ability to speak in other character's voices: In *M3GAN*, this happens when the dolls read out loud to the little girl, or when she lures the neighbor's dog to its death, and in *Paranormal Adoption*, this happens when the doll takes on another voice when the doll performs a séance with the little girl. The extent of both of the doll's ability to protect the girl is revealed progressively throughout the story, and towards the end of each film, they appear almost unstoppable. Both dolls appear to create a reality distortion with the little girls they protect, a secret world only the two of them inhabit, and a bond which is a psychological placeholder for the lost parents.

### Plot & Structure

Both films are structurally similar. They are roughly an hour and a half in length. They both begin with a "prologue." They both open with tragic deaths: *Paranormal Adoption* opens with the death of a child, and *M3GAN* begins with the death of the young girl's parents. Both openings serve a prefatory purpose and underscore a similar thematic premise: mourning (and coping with) the loss of a primary family member. The first half of both films establishes, bit by bit, that the doll has a mind, and most importantly, and agenda of her own – one that runs contrary to that of the adoptive parental figures – despite the fact that both the parents and the doll appear to have the little girl's best interests at heart. Mid-way through the film, the doll begins to kill in order to protect the little girl. In the second half of both films, the mother begins to suspect that

there is something wrong with the doll, and that it might be behind the string of murders that their family units are becoming implicated in. In both films, once the mother realizes the doll is behind these killings, she tries to stop it. Both films end with murder, and both films leave the audiences on a cliff hanger, setting the ground for a sequel.

Both films also feature a very similar plot. As previously stated, the little girl loses both of her parents, is adopted, and is subsequently protected, both emotionally and physically, by the doll in both films. In both plots, a detective character states that the circumstantially similar deaths that occurred in succession, in proximity to the family unit, arouse suspicion – despite being initially labeled as accidental. In both plots, the little girl is told that she cannot bring her doll to school, and in both instances, this provokes a conflict between the little girl and the mother figure, as this is the first pushback the presence of the doll elicits from others. A bully figure, a boy around the same age as the little girl, emerges in both school settings, taunting the little girl about her doll. As a result of this bullying, the doll causes this boy to be hit by a car, and makes it appear as if it were accidental. The specific circumstances of the bullying and the resulting "accident" have many similarities: the bully tries to play with the doll, the bully and the little girl are alone with no other witnesses when this all happens, and the little girl as presented as helpless and paralyzed, while the doll explicitly takes matters into her own hands.

In both films, the mother initially accepts the doll, but ultimately comes to fear and despise it, eventually placing the doll in a container for everyone's safety. The doll then escapes confinement. In both plots, the doll's head is cut with a saw, and in both instances, this attempt to damage or stop the doll is unsuccessful. Both movies end with murder. Both movies are set up for a sequel. In both films, the mom is confronted by an antagonist who does not like the little girl – In *M3GAN* it's the irate neighbor with the misbehaving dog, and in *Paranormal Adoption* it's the mother of the bully who got run over by the car.

Both films feature a red herring to divert the audience's attention from the true direction of the story – a lonely, maladjusted man, on the fringes of the social hierarchy, who, like the little girl, has a fixation on the doll. In *Paranormal Adoption*, it was the deaf man, Henry, who was accused by the mother of being a killer. In *M3GAN* it was the assistant Kurt, who worked at the same toy company as Aunt Gemma, who supposedly reprogrammed *M3GAN* on his laptop to become evil. In both films, the doll uses strangulation to stop authority figures who are trying to get in her way. Red hedge trimmers are used as a weapon in both films. Both films end in violent confrontations – a result of the mother figure's reversal of trust into panic.

**Sequence of Events**

Both films feature a similar sequence of events. Both girls are adopted at the beginning of the movie. Both girls develop an emotional attachment to the doll. At first the doll is seen as a coping mechanism, but as time goes on, the doll becomes a wedge between the girl and her adoptive mother. Each film has a series of sequential episodes in which the doll takes over events – in the home, at their schools, in their daily lives. Most notably, the doll in both introduces a sequence of events that leads to the death of the little girl's bully. Both dolls then begin to kill and injure multiple people, and the mom begins to suspect that the doll has something to do with it. The mom eventually takes the doll away from the girl. The doll starts terrorizing the mom. The doll tries to kill the mom. The doll tries to kill the mom in *M3GAN* and successfully kills the mom in *Paranormal Adoption*.

**Themes**

The dominant theme in both films involves the question of socializing a young girl after the death of her parents: when is a coping mechanism – in this case a doll she relates to as a person – taken too far? Is a doll an appropriate substitute for a family member? And when does protection turn into overprotection, and become harmful? Another major theme of both stories is that of adoptive parenthood, specifically adoptive motherhood: can a surrogate mother, thrust into an orphaned child's life after a tragic loss, ever be a true replacement of a mother? Both films see the mother figure grappling with these questions and feeling deficient, insecure in their new positions as adoptive mothers. This opens to another theme of both films: what constitutes a family unit? Can an inanimate object become part of a family unit if a child imagines it to be human? Is this type of integration in fact necessary, when this inanimate object appears to comfort the orphaned child? Is playing along with this delusion a form of support in this type of scenario? Or is it in fact harming the child in the long run?

**Tone and Mood**

*Paranormal Adoption* is a horror film that centers on a tragic experience: a little girl losing both her parents in a tragic accident. So is *M3GAN*. But one of the most unique things aspects of *Paranormal Adoption*, that *M3GAN* directly lifts, is the way its sincere tone shifts into an almost absurd, underlying humor that comes from the way the doll is depicted in both films. Examples of this strange, deadpan humor in *Paranormal Adoption* are the shots of the doll being brought along to all the family activities, like the beach day, or being integrated into the little girl's school. The most

pronounced example of this humor is at the end, when the doll is lounging on a pool flotation device with a drink in hand, as if she were relaxing, right before she electrocutes the little girl's adoptive parents. Examples of this absurd, deadpan humor in the depiction of the doll in *M3GAN* also include shots of the doll being integrated into the little girl's academic environment, shots of the doll staring at a neighbor during a dispute over a hole in the fence, and many instances of the doll singing and dancing – which are all framed to be simultaneously funny and horrific.

---

In conclusion, *M3GAN* seems to be copied from *Paranormal Adoption* in character, plot & structure, sequence of events, themes and even mood and tone. There are multiple sections of *M3GAN* that appear lifted from the plaintiff's film not just in terms of content, but executional choices--and executional expressive choices--as well. From broad concepts: an orphaned girl's fixation on a doll that stops at nothing, even murder, to protect her – to small details, like the dolls ability to control the electricity in the given domestic environment, the similarities are stark and undeniable.

Submitted June 6, 2025

David Román

# EXHIBIT K

**David Román**                                                    **(6/25)**
Department of English
University of Southern California
Los Angeles, CA 90089-0354
e-mail: davidinsilverlake@gmail.com

---

**LAW CASES (Expert Witness for the Plaintiff)**
Alfred vs. The Walt Disney Company, 2021
Woodall v. The Walt Disney Company, 2024
Gregorini v. Apple 2023
Collier v. Netflix, 2024

---

**ACADEMIC DEGREES**:
   PhD: Comparative Literature, The University of Wisconsin-Madison, 1990.
   MA: Comparative Literature, The University of Wisconsin-Madison, 1984.
   BA: Comparative Literature, The University of Wisconsin-Madison, 1981.

**EMPLOYMENT**:
Professor, Departments of English and American Studies & Ethnicity, University of
Southern California, 2003-present.
USC College Director of Faculty Development, 2005-2008.
Associate Professor, Department of English and American Studies, University of
Southern California,1998-2003.
Assistant Professor, Department of English, University of Southern California, 1995-98.
Assistant Professor, Women's Studies Program, Yale University, 1994-95.
Assistant Professor, Department of English, University of Washington, 1991-95.
Visiting Assistant Professor, Department of English, Pomona College, 1990-91.
Instructor, Department of English, Macalester College, 1989-90.

**AWARDS AND HONORS**:
Equity, Diversity, and Inclusion International Committee, Royal Central School of
Speech and Drama, 2020-present.
Visiting 2018 Fellow, University of London, Royal Central School of Speech and Drama,
2018.
Messenger Lecture Professor, Cornell University, Fall 2015
Distinguished Scholar-in-Residence, Arizona State University-Tempe, September 23-29,
2012
Dornsife Faculty Fellow, 2011-2013.
2010 Visiting Fellow at the University of Warwick's School of Theatre, Performance,
and Cultural Policy Studies, Department of Theatre and Performance.     Two-week
residency for their International Performance Research Program.
2006 USC-Mellon Award for Excellence in Mentoring for School-wide Mentoring
Programs at the College of Letters, Arts, & Sciences.

2006 USC-Mellon Award for Excellence in Mentoring (Category: Faculty Mentoring Undergraduate Students)
2005 USC-Mellon Award for Excellence in Mentoring (Category: Faculty Mentoring Graduate Students)
1999 ATHE Award for "Outstanding Book of the Year" *for Acts of Intervention: Performance, Gay Culture, & AIDS*
> 1999 Lambda Literary Award for Drama, *O Solo Homo: The New Queer Performance*.
> 1993 University of Pennsylvania Mellon Fellowship in the Humanities.
> 1990 Postdoctoral Minority Scholar in Residence at Pomona College.

**PUBLICATIONS:**
**Books:**
*The Taylor Mac Book* (a collection of critical essays on the performances of Taylor Mac, coedited with Sean Edgecomb)
> (Ann Arbor: University of Michigan Press, 2023)

*Tarell Alvin McCraney: Theatre, Performance, Collaboration* (a collection of critical essays edited with Sharrell Lockart and Isaiah Wooden)
> (Evanston, Il.: Northwestern University Press, 2020)

*Performance in America: Contemporary US Culture and the Performing Arts*
> (Durham: Duke University Press, 2005.)
> **[Finalist for ASTR's Outstanding Book of the Year]**

*Acts of Intervention: Performance, Gay Culture, & AIDS*.
> (Bloomington, IN: Indiana University Press, 1998.)
> **[Winner of ATHE's 1999 "Outstanding Book of the Year" Award]**

*O Solo Homo: The New Queer Performance*.  An anthology of solo performance texts co-edited with Holly Hughes.  (New York: Grove Press, 1998.)
> **[Winner of 1999 Lambda Book Award for Drama]**

**ARTICLES & ESSAYS:**
**Most Recent:**
- Rev. of *Wild: A Musical Becoming*, written by V, formerly Eve Ensler, dir**.** Diane Paulis, American Repertory Theater, Cambridge Mass.   *Theatre Journal* June 2022.
- Short essays on *Tina Landau* and *Jeremy O. Harris* in *Fifty Key Figures in Queer US History*, ed. Jimmy A. Noriega and Jordan Schildcrout,  Routledge Press, 2022.
- Short essay on *Luis Alfaro* in *Fifty Key Figures in Latinx and Latin American Theatre*, ed. Paola Hernandez and Analola Santana Routledge Press, 2022.

**Career:**
- Over 30 publications in peer-reviewed journals in the Arts and Humanities.

- Over 20 published reviews on the theatre, music, and performance in peer-reviewed articles in the Arts and Humanities.

**EDITORIAL PROJECTS:**
**Editor:**
*Art Works: A Special Double- issue of GLQ on the Arts* coedited with Richard Meyer. (12:2/12:3) Duke University Press, 2006.

*Theatre Journal.* 2000-2003, published quarterly by the Johns Hopkins University Press, The official journal of the Association for Theatre in Higher Education (ATHE).

**Book Series Editor**:
   *Triangulations.*Coeditor with Jill Dolan. University of Michigan Press.
      *(30 published books in series since 1999)*

**Editorial Boards**: *PMLA*, *Theatre Journal*, *GLQ*, *Aztlan*, *American Literature*

**LECTURES:**
**Keynote and Invited Lectures (USA):**
Stanford University, Harvard University Yale University, Princeton University, Columbia University, Brown University, Cornell University, University of Pennsylvania, Dartmouth College,
Swarthmore College, Oberlin College, Mount Holyoke College, Macalester College, Scripps College, Carlton College, Pomona College, Vassar College
University of California-Berkeley, University of California-Los Angeles, University of California-Davis, University of California-Santa Cruz, University of California-Riverside, University of California-San Diego
University of Minnesota, University of Colorado, University of Oregon, University of Wisconsin, University of Iowa, University of Michigan,
City University of New York Graduate Center, University of Illinois, Arizona State University, Rutgers University, University of Maryland
Duke University, Northwestern University, Georgetown University, Tulane University, New York University, University of Chicago

**Keynotes and Invited Lectures (International)**
University of London, University of Warwick, University of Toronto, University of Guelph, University College Dublin,
The International Federation of Theatre Research, Jaipur, India;
International Conference on American Drama and Theatre, Seville, Spain

**CONSULTANT**
MacArthur Foundation, 1995-2024
Guggenheim Foundation, 2000-2024
Various national, state, and city grant commissions on the Arts

# EXHIBIT L



M3GAN                    Paranormal Adoption