# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carl Watts<br><br><br>v.                                    Plaintiff(s),<br><br>Universal Pictures et al<br><br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-00125-AGR<br><br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br><br>**(For use in Direct Assignment of Civil Cases to Magistrate Judges Opt-Out Program only)** |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☑ Notice of Assignment and Declination of Consent to U.S. Magistrate Judge timely submitted.

☐ Motion for TRO or preliminary injunction filed with initial pleading.

☐ Notice of Related Case has been filed.

☐ Other: _____

Pursuant to General Order In the Matter of Direct Assignment of Civil Cases to Magistrate Judges and for the reason stated above, this case is hereby randomly assigned to the Honorable

Cynthia Valenzuela
_____, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable Patricia Donahue
_____, United States Magistrate Judge, for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials CV (PDx)_____ after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-00125-CV (PDx)_____.  All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 1/26/26
_____

By: L. Hernandez
_____

cc: ☐ *Previous Magistrate Judge*